IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY LEE MACHICOTE,** | : | |
|     **Plaintiff** | : | No. 1:20-cv-01315 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| **BARRY SMITH, et al.,** | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 29th day of November 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's second amended complaint (Doc. No. 26) is **DISMISSED** without further leave to amend for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                          s/ Yvette Kane
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania